**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rodrigo LOPEZ–VEGARA, also known**
**as Rodrigo Lopez–Vergara,**
**Defendant–Appellant.**

No. 10–50969
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 21, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Rodrigo Lopez–Vergara, Henry Joseph Bemporad, Federal Public Defender, Philip J. Lynch, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rodrigo Lopez–Vegara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lopez–Vegara has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We agree with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.